# United States Bankruptcy Court
## Northern District of Illinois

In re: Clarence Milton Macklin        Case No. 11 B 22058
       Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ 74.75    on or before June 24, 2011

   $ 74.75    on or before July 22, 2011

   $ 74.75    on or before August 23, 2011

   $ 74.75    on or before September 22, 2011

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
   (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: June 2, 2011

Pamela S Hollis
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:    11 B 22058
Case Name:      Clarence Milton Macklin

I, Shenitha Burton, Relief Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 2nd day of June, 2011, I caused to be served via the Court's Electronic Notification or via First Class mail (**) a true and correct copy of:
Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated June 2, 2011 to each of the following named individuals:

**Clarence Milton Macklin (**)**

8030 South Champlain

Chicago, Illinois 60619

**Frances Gecker**

325 North LaSalle Street

Suite 625

Chicago, Illinois 60654

**Patrick S. Layng**

Office of the U.S. Trustee, Region 11

219 South Dearborn Street

Room 873

Chicago, Illinois 60604

_____
Shenitha Burton
Relief Courtroom Deputy